1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

STEVEN BANKS,                                       )   No. C 14-05211 EJD (PR)
                                                    )
9                    Plaintiff,                     )   **ORDER OF TRANSFER**
                                                    )
10        v.                                        )
                                                    )
11                                                  )
     CLIFF ALLENBY, et al.,                         )
12                                                  )
                     Defendants.                    )
13   _____            )

14

15        Plaintiff, a civil detainee under the California's Sexually Violent Predator Act

16   proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the

17   Coalinga State Hospital.  Because the acts complained of occurred in Fresno County,

18   which lies within the venue of the Eastern District of California, see 28 U.S.C. § 84(b),

19   venue properly lies in that district and not in this one.  See 28 U.S.C. § 1391(b).

20   Accordingly, this case is TRANSFERRED to the United States District Court for the

21   Eastern District of California.  See 28 U.S.C. § 1406(a).

22        The Clerk shall terminate all pending motions and transfer the entire file to the

23   Eastern District of California.

24

25   DATED:    12/9/2014

26                                                  EDWARD J. DAVILA
                                                    United States District Judge
27

28

Order of Transfer
P:\PRO-SE\EJD\CR.14\05211Banks_transfer(ED).wpd

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

STEVEN BANKS,

                Plaintiff,

  v.

CLIFF ALLENBY, et al.,

                Defendants.

_____/

Case Number: CV14-05211 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____12/10/2014_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Banks Patient No. 1656-8
Coalinga State Hospital
P. O. Box 5003
Coalinga, CA 93210-5003

Dated: _____12/10/2014_____

                        Richard W. Wieking, Clerk
/s/  By: Elizabeth Garcia, Deputy Clerk